## RECONSIDERATION OF PRIOR DECISIONS

**1998-2061.   State v. Franklin.**
Montgomery C.P. No. 97CR1139. Reported at 97 Ohio St.3d 1, 2002-Ohio-5304, 776 N.E.2d 26. On motion for reconsideration. Motion denied.
   RESNICK, J., dissents.

**1999-1249.   State v. Gross.**
Muskingum App. No. CT96-055. Reported at 97 Ohio St.3d 121, 2002-Ohio-5524, 776 N.E.2d 1061. On pro-se motion for reconsideration and motion for reconsideration. Motions denied.
   RESNICK and LUNDBERG STRATTON, JJ., dissent in part because they would grant the state's motion for reconsideration.

**2001-0237.   State ex rel. Thomas v. Indus. Comm.**
Franklin App. No. 00AP-289. Reported at 97 Ohio St.3d 37, 2002-Ohio-5306, 776 N.E.2d 62. On motion for reconsideration. Motion denied.
   MOYER, C.J., and COOK, J., dissent.

**2001-0458.   State ex rel. M. Weingold Co. v. Indus. Comm.**
Franklin App. No. 00AP-317. Reported at 97 Ohio St.3d 44, 2002-Ohio-5353, 776 N.E.2d 69. On motion for reconsideration and correction and motion for reconsideration. Motions granted to the following extent:
   In ¶5, "October 1998" is changed to "October 1999";
   In ¶7, "October 20, 1998" is changed to "October 20, 1999"; and
   In ¶13, "October 1, 1998" is changed to "October 1, 1999 ***."
   The opinion remains unchanged in all other respects.

**2001-1942.   State ex rel. Schlosser v. Indus. Comm.**
Franklin App. No. 01AP-47. Reported at 97 Ohio St.3d 82, 2002-Ohio-5443, 776 N.E.2d 476. On motion for reconsideration of Famous Enterprises, Inc. Motion denied.

**2002-0921.   Lawyers Title Ins. Corp. v. Midwest Title Agency, Inc.**
Delaware App. Nos. 01CAE10046 and 01CAE11059, 2002-Ohio-2511. Reported at 96 Ohio St.3d 1493, 2002-Ohio-4534, 774 N.E.2d 766.
   On motion for reconsideration. Motion granted, discretionary appeal allowed, and briefing on the merits to proceed.
   RESNICK and PFEIFER, JJ., dissent.

**2002-1341.   Ferrone v. Kovack.**
Medina App. No. 3279-M, 2002-Ohio-3625. Reported at 97 Ohio St.3d 1422, 2002-Ohio-5820, 777 N.E.2d 276. On motion for reconsideration. Motion denied.
   LUNDBERG STRATTON, J., dissents.

**2002-1342.   State v. Zerla.**
Franklin App. Nos. 01AP-1010, 01AP-1215 and 01AP-701. Reported at 97 Ohio St.3d 1422, 2002-Ohio-5820, 777 N.E.2d 276. On motion for reconsideration. Motion denied.
   LUNDBERG STRATTON, J., not participating.

**2002-1445.   State ex rel. Savage v. O'Connor.**
In Mandamus. Reported at 97 Ohio St.3d 1410, 2002-Ohio-5601, 777 N.E.2d 267. On motion for reconsideration. Motion denied.

**2002-1491.   State ex rel. Grigsby v. Court of Appeals.**
In Mandamus and Procedendo. Reported at 97 Ohio St.3d 1410, 2002-Ohio-5601, 777 N.E.2d 267. On motion for reconsideration. Motion denied.